# EXHIBIT 1 -
## Complaint

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,273,107**

**Registered Feb. 16, 2021**

**Int. Cl.: 6, 9, 12, 14, 16, 18, 20, 21, 24, 25, 35, 41**

**Service Mark**

**Trademark**

**Principal Register**

Hendrick Motorsports, LLC  (NORTH CAROLINA LIMITED LIABILITY COMPANY)
4400 Papa Joe Hendrick Blvd.
Charlotte, NORTH CAROLINA 28262

CLASS 6: Metal goods, namely, non-luminous and non-mechanical signs, license plates, holiday ornaments of common metal, plaques and photo plaques of common metal

FIRST USE 2-1-2018; IN COMMERCE 2-1-2018

CLASS 9: computer accessories, namely, computer mice, computer mouse pads; video game computer software; sunglasses; decorative magnets; and cellular telephone carrying cases; magnetically encoded credit, debit and gift cards

FIRST USE 2-1-2018; IN COMMERCE 2-1-2018

CLASS 12: License plate frames, license plate holders; automobile windshield sunshades; replica hoods of plastic

FIRST USE 2-1-2018; IN COMMERCE 2-1-2018

CLASS 14: Jewelry and accessories, namely, hat pins, charms for charm bracelets, earrings, necklaces, pendants, lapel pins, bracelets, brooches, finger rings, and watch bands; watches, clocks and wall clocks; non-monetary coins of precious metal; metal key chains; metal key rings; decorative metal key fobs; non-metal key rings; non-metal and non-leather key chains; decorative key fobs, not of metal

FIRST USE 2-1-2018; IN COMMERCE 2-1-2018

CLASS 16: Paper goods and printed material, namely, brochures, magazines, newsletters, pamphlets, souvenir programs, statistical record sheets, and books featuring sports and music; memo pads, note pads, folders, address books, paintings, binders,





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

bumper stickers, calendar, commemorative sheets of trading cards; decals, framed photographs, mounted and unmounted photographs, art prints, photographic prints, limited edition pictorial prints, decals for model cars, notebooks, paper pennants, paper banners, pencils, pens, paper identification tags, posters, static decals, stickers, collectable trading cards, collectable framed trading cards, window decals, money clips

FIRST USE 2-1-2018; IN COMMERCE 2-1-2018

CLASS 18: Luggage and related items, namely, athletic bags, overnight bags, back packs, duffel bags, tote bags, book bags, travel bags, handbags, purses, suitcases, billfolds, wallets, and umbrellas; leather pet collars, fabric pet collars, fabric pet leashes

FIRST USE 2-1-2018; IN COMMERCE 2-1-2018

CLASS 20: Photo plaques of plastic and wood; plaques of plastic and wood; picture frames; furniture for adults; furniture for children; wooden plaques; chairs; portable folding chairs; non-metal novelty license plates; plastic novelty license plates; seat cushions; cushions; plastic decorative wall emblems; figurines and sculptures made of plastic; figurines and sculptures made of acrylic; memorabilia display frames and decorative boxes made of plastic and acrylic for diecast miniature automobiles

FIRST USE 2-1-2018; IN COMMERCE 2-1-2018

CLASS 21: Housewares and glass, namely, shot glasses, drinking glasses, cups, mugs and drinking steins, commemorative collector plates, coffee cups; plastic coasters; coasters not made of paper or cloth; bottle openers; rubber, plastic and foam insulating food containers, non-electric portable beverage coolers, thermal insulated cooler bags for beverages, non-electric insulated portable sports coolers, thermal insulated containers for can beverages, plastic sports bottles sold empty, water bottles sold empty, lunch boxes, trash cans, and wastepaper baskets; decorative boxes made of ceramic; figurines and sculptures made of earthenware, glass, and ceramic

FIRST USE 2-1-2018; IN COMMERCE 2-1-2018

CLASS 24: Decorative bed linen, bed blankets, blankets for bed and outdoor use, cloth throws, table cloths made of cloth, bed sheets, towels, cloth flags, cloth pennants, cloth banners and fabric table linen; plastic pennants and plastic banners

FIRST USE 2-1-2018; IN COMMERCE 2-1-2018

CLASS 25: Clothing marketed as goods associated with a stock car racing team, namely, leather jackets, boxer shorts, crew neck shirts, fashion shirts, golf shirts, infant shirts, jerseys, sport shirts, polo shirts, pullover shirts, shoes, footwear shorts, socks, sweatshirts, T-shirts, tank tops, toboggan-type knit caps, pants, visors, jackets, coats, hats, caps, bandanas, pajamas; masquerade costumes, namely, replica driver suits, replica driver helmets; infant wear

FIRST USE 2-1-2018; IN COMMERCE 2-1-2018

CLASS 35: Advertising services, namely, providing advertising space on an automobile participating in automobile racing events and exhibitions

FIRST USE 2-1-2018; IN COMMERCE 2-1-2018

CLASS 41: Entertainment services in the nature of participating in professional automobile races and automobile racing exhibitions; production, distribution and broadcasting of ongoing television programs in the field of automobile racing; providing ongoing television programs in the field of automobile racing; providing a website featuring information regarding automobile racing

FIRST USE 2-1-2018; IN COMMERCE 2-1-2018

The mark consists of the number "9" in slanted stylized form.

OWNER OF U.S. REG. NO. 4823979

SER. NO. 87-659,324, FILED 10-25-2017

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,823,979**

**Registered Sep. 29, 2015**

**Int. Cls.: 25 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

HENDRICK MOTORSPORTS, LLC (NORTH CAROLINA LIMITED LIABILITY COMPANY)
4400 PAPA JOE HENDRICK BLVD.
CHARLOTTE, NC 28262

FOR: CLOTHING MARKETED AS GOODS ASSOCIATED WITH A STOCK CAR RACING TEAM, NAMELY, CLOTH BIBS, FASHION SHIRTS, HATS, CAPS, INFANT SHIRTS, JACKETS, PANTS, SPORT SHIRTS, POLO SHIRTS, PULLOVER SHIRTS, SHORTS, LONG PANTS, SWEATPANTS, SWEATSHIRTS, JERSEYS, T-SHIRTS, TANK TOPS, TOBOGGAN-TYPE KNIT CAPS, VISORS, JACKETS, COATS, HATS, CAPS, GLOVES, PAJAMAS, NIGHT SHIRTS, REPLICA DRIVER HELMETS, AND CLOTH BABY BIBS NOT OF PAPER, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-22-2014; IN COMMERCE 2-22-2014.

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF PARTICIPATING IN PROFES-SIONAL AUTOMOBILE RACES AND AUTOMOBILE RACING EXHIBITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-22-2014; IN COMMERCE 2-22-2014.

THE MARK CONSISTS OF THE NUMBER "9" IN STYLIZED FORM.

SN 86-975,185, FILED 1-8-2014.

MATTHEW EINSTEIN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cls.: 6, 9, 12, 14, 18, 19, 20, 21, 24, 26, 35 and 41

Prior U.S. Cls.: 1, 2, 3, 12, 13, 14, 19, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 35, 36, 37, 38, 39, 40, 41, 42, 44, 50, 100, 101, 102 and 107

**United States Patent and Trademark Office**

Reg. No. 3,095,769

Registered May 23, 2006

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



HMS MOTORSPORTS LLC (NORTH CAROLINA LTD LIAB CO)
4400 PAPA JOE HENDRICK BLVD.
CHARLOTTE, NC 28262

FOR: METAL KEY CHAINS, NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS, METAL PIGGY/MONEY BANKS, TRADING CARDS MADE OF NON-PRECIOUS METAL, METAL LOCK BOXES, METAL POSTERS, METAL SIGNS, METAL MONEY CLIPS, METAL LICENSE PLATES, AND METAL MINIATURE FUEL CANS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: COMPUTER MOUSE PADS, COMPUTER MICE, DECORATIVE MAGNETS, COMPUTER GAMES, NAMELY COMPUTER SOFTWARE GAME PROGRAMS STORED ON CARTRIDGES AND COMPACT DISCS, PRE-RECORDED AUDIO AND VIDEO CASSETTE TAPES FEATURING AUTOMOBILE RACING TEAMS, COMPUTER GAME CARTRIDGES, COMPUTER SCREEN SAVER SOFTWARE, TELEPHONES AND SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: LICENSE PLATE FRAMES, VEHICLE LUGGAGE RACKS, AUTOMOBILE STRUCTURAL PARTS, NAMELY, REPLICA CAR AND TRUCK SIDE PANELS PORTIONS OF PLASTIC, REPLICA CAR AND TRUCK END PANELS PORTIONS OF PLASTIC, REPLICA HOODS OF PLASTIC, AND

REPLICA TRUNK LIDS OF PLASTIC, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: TRADING CARDS MADE OF PRECIOUS METALS, JEWELRY - NAMELY, CHARMS FOR CHARM BRACELETS, EARRINGS, NECKLACES, PINS AND RINGS - WATCHES, CLOCKS, NON-MONETARY COINS OF PRECIOUS METALS, AND ASH TRAYS MADE OF PRECIOUS METALS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: BACKPACKS, FANNY PACKS, DIAPER BAGS, DUFFEL BAGS, LUGGAGE, LEATHER PET COLLARS, PURSES, TRAVEL BAGS, UMBRELLAS, BELT BAGS, FABRIC PET COLLARS, FABRIC PET LEASHES, SPORTSWEAR CLOTHING FOR DOGS, BILLFOLDS, BOOK BAGS, AND TOTE BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: NON-LUMINOUS, NON-MECHANICAL, NON-METAL SIGNS, IN CLASS 19 (U.S. CLS. 1, 12, 33 AND 50).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: PHOTO KEY CHAINS NOT OF METAL, PHOTO PLAQUES, PLAQUES, NON-METAL BOTTLE CAPS HAVING A RACING THEME, PICTURE FRAMES, FURNITURE FOR ADULTS, FURNITURE FOR CHILDREN, WOODEN PLAQUES, PORTABLE

FOLDING CHAIRS, NON-METAL KEY CHAINS, PLASTIC NOVELTY LICENSE PLATES, CUSHIONS, FABRIC PET CUSHIONS, PORTABLE BEDS FOR DOGS, PLASTIC DESK ORNAMENTS, PLASTIC DECORATIVE WALL EMBLEMS FOR WALL MOUNTINGS, NON-METAL MINIATURE FUEL CANS SOLD AS NOVELTY ITEMS, PLASTIC DECORATIVE WINDOW ORNAMENTS, AND MAGNETIC VINYL SIGNS FOR ATTACHMENT TO SURFACES, PLASTIC WALL DECORATIONS, NAMELY,REPLICA CAR AND TRUCK SIDE PORTIONS OF PLASTIC, REPLICA CAR AND TRUCK FRONT END PORTIONS OF PLASTIC, REPLICA HOODS OF PLASTIC, AND REPLICA TRUNK LIDS OF PLASTIC, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: PAPER CUPS, PLASTIC COASTERS, PORTABLE BEVERAGE COOLERS, THERMAL INSULATED COOLER BAGS FOR BEVERAGES, INSULATED PORTABLE SPORTS COOLERS, THERMAL INSULATED CONTAINERS FOR CAN BEVERAGES, COFFEE CUPS, COMMEMORATIVE COLLECTOR PLATES, CUPS, DRINKING GLASSES, GLASS ETCHED BY ACID, MUGS IN THE SHAPE OF HELMETS, JUICE CUPS, MUGS, PET FEEDING DISHES, PLASTIC SPORTS BOTTLES SOLD EMPTY, DINNER PLATES, SHOT GLASSES, STEMS, NON-METAL HELMET PIGGY/MONEY BANKS, MEAL TRAYS, AND WASTEPAPER BASKETS, FOOD CONTAINERS AND LUNCH BOXES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: CLOTH FLAGS, CLOTH PENNANTS, AND THROW BLANKETS, AFGHANS, DECORATIVE BED LINEN, BED BLANKETS, COTTON FABRIC, TOWELS, FABRIC TABLE LINENS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: ORNAMENTAL NOVELTY BUTTONS, ZIPPER PULLS, SHOE LACES, BELT BUCKLES NOT OF PRECIOUS METALS, AND HAT PINS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: PROVIDING ADVERTISING SPACE ON RACE CARS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF PARTICIPATING IN PROFESSIONAL AUTO RACES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

SER. NO. 78-975,619, FILED 8-20-2002.

SUE LAWRENCE, EXAMINING ATTORNEY

Int. Cls.: 6, 9, 12, 14, 16, 18, 19, 20, 21, 24, 25, 26, 28, 35 and 41

Prior U.S. Cls.: 1, 2, 3, 5, 12, 13, 14, 19, 21, 22, 23, 25,
26, 27, 28, 29, 30, 31, 32, 33, 35, 36, 37, 38, 39, 40, 41,
42, 44, 50, 100, 101, 102 and 107

**Reg. No. 2,906,149**

# United States Patent and Trademark Office
Registered Nov. 30, 2004

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## 48

HMS MOTORSPORTS LLC (NORTH CAROLINA LIMITED LIABILITY COMPANY)
4400 PAPA JOE HENDRICK BLVD.
CHARLOTTE, NC 28262

FOR: METAL KEY CHAINS, NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS, METAL PIGGY/MONEY BANKS, TRADING CARDS MADE OF NON-PRECIOUS METAL, METAL LOCK BOXES, METAL POSTERS, METAL SIGNS, METAL MONEY CLIPS, METAL LICENSE PLATES, AND METAL MINIATURE FUEL CANS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: COMPUTER MOUSE PADS, COMPUTER MICE, DECORATIVE MAGNETS, COMPUTER GAMES, NAMELY COMPUTER SOFTWARE GAME PROGRAMS STORED ON CARTRIDGES AND COMPACT DISCS, PRE-RECORDED AUDIO AND VIDEO CASSETTE TAPES FEATURING AUTOMOBILE RACING TEAMS, COMPUTER GAME CARTRIDGES, COMPUTER SCREEN SAVER SOFTWARE, TELEPHONES AND SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: LICENSE PLATE FRAMES, VEHICLE LUGGAGE RACKS, AUTOMOBILE STRUCTURAL PARTS, NAMELY, REPLICA CAR AND TRUCK SIDE PANELS PORTIONS OF PLASTIC, REPLICA CAR AND TRUCK END PANELS PORTIONS OF PLASTIC, REPLICA HOODS OF PLASTIC, AND REPLICA TRUNK LIDS OF PLASTIC, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: TRADING CARDS MADE OF PRECIOUS METALS, JEWELRY - NAMELY, CHARMS FOR CHARM BRACELETS, EARRINGS, NECKLACES, PINS AND RINGS - WATCHES, CLOCKS, NON-MONETARY COINS OF PRECIOUS METALS, AND ASH TRAYS MADE OF PRECIOUS METALS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: PRINTED PAPER SIGNS, CALENDARS, TRADING CARDS, DECALS, BUMPER STICKERS, STATIC DECALS, NOTEBOOKS, POSTERS, MOUNTED PHOTOGRAPHS, UNMOUNTED PHOTOGRAPHS, LITHOGRAPHS, ARTS PRINTS, POST CARDS, BINDERS, AND SCHOOL SUPPLIES, NAMELY, FOLDERS, NOTEBOOKS, RING BINDERS, PENCILS, AND SPIRAL COMPOSITION BOOKS, ADDRESS BOOKS, PAINTINGS, BOOKS FEATURING RACING THEMES, BUMPER STICKERS, CALENDARS, CARDBOARD BOXES, COLORING BOOKS, AQUARIUM BACKDROPS MADE OF PAPER, COMMEMORATIVE SHEETS OF TRADING CARDS, NON-MAGNTICALLY ENCODED CREDIT CARDS, DECALS, ERASERS, WRITING TABLETS, LIMITED EDITION PICTORIAL PRINTS, LITHOGRAPHIC PRINTS, PAPER MAGAZINE COVERS, DECALS FOR MODEL CARDS, PAPER NAPKINS, PAPER PENNANTS, PENS, PAPER IDENTIFICATION TAGS, NON-MAGNETICALLY ENCODED TELEPHONE CALLING CARDS, FRAMED PHOTOGRAPHS, DAILY PLANNERS, STATIONARY-TYPE PORTFOLIOS, PLACEMATS MADE OF PAPER, POSTCARDS, POSTERS, STATIC DECALS, STICKERS, PAPER TABLE LINENS, FRAMED TRADING CARDS, WINDOW DECALS, WIRELESS SUBJECT NOTEBOOKS, AND PLASTIC AQUARIUM ORNAMENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: BACKPACKS, FANNY PACKS, DIAPER BAGS, DUFFEL BAGS, LUGGAGE, LEATHER PET COLLARS, PURSES, TRAVEL BAGS, UMBRELLAS, BELT BAGS, FABRIC PET COLLARS, FABRIC PET LEASHES, SPORTSWEAR CLOTHING FOR DOGS, BILLFOLDS, BOOK BAGS, AND TOTE BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: NON-LUMINOUS, NON-MECHANICAL, NON-METAL SIGNS;, IN CLASS 19 (U.S. CLS. 1, 12, 33 AND 50).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: PHOTO KEY CHAINS NOT OF METAL, PHOTO PLAQUES, PLAQUES, NON-METAL BOT-TLE CAPS HAVING A RACING THEME, PICTURE FRAMES, FURNITURE FOR ADULTS, FURNI-TURE FOR CHILDREN, WOODEN PLAQUES, POR-TABLE FOLDING CHAIRS, NON-METAL KEY CHAINS, PLASTIC NOVELTY LICENSE PLATES, CUSHIONS, FABRIC PET CUSHIONS, PORTABLE BEDS FOR DOGS, PLASTIC DESK ORNAMENTS, PLASTIC DECORATIVE WALL EMBLEMS FOR WALL MOUNTINGS, NON-METAL MINIATURE FUEL CANS, PLASTIC DECORATIVE WINDOW ORNAMENTS, AND MAGNETIC VINYL SIGNS FOR ATTACHMENT TO SURFACES, PLASTIC WALL DECORATIONS, NAMELY, REPLICA CAR AND TRUCK SIDE PORTIONS OF PLASTIC, RE-PLICA CAR AND TRUCK FRONT END PORTIONS OF PLASTIC, REPLICA HOODS OF PLASTIC, AND REPLICA TRUNK LIDS OF PLASTIC, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: PAPER CUPS, PLASTIC COASTERS, POR-TABLE BEVERAGE COOLERS, THERMAL INSU-LATED COOLER BAGS FOR BEVERAGES, INSULATED PORTABLE SPORTS COOLERS, THERMAL INSULATED CONTAINERS FOR CAN BEVERAGES, COFFEE CUPS, COMMEMORATIVE COLLECTOR PLATES, CUPS, DRINKING GLASSES, GLASS ETCHED BY ACID, MUGS IN THE SHAPE OF HELMETS, JUICE CUPS, MUGS, PET FEEDING DISHES, PLASTIC SPORTS BOTTLES SOLD EMPTY, DINNER PLATES, SHOT GLASSES, STEMS, NON-METAL HELMET PIGGY/MONEY BANKS, MEAL TRAYS, AND WASTEPAPER BASKETS, FOOD CONTAINERS AND LUNCH BOXES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: CLOTH FLAGS, CLOTH PENNANTS, AND THROW BLANKETS, AFGHANS, DECORATIVE BED LINEN, BED BLANKETS, COTTON FABRIC, TOWELS, FABRIC TABLE LINENS;, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: CLOTHING FOR MOTORSPORTS RACING FANS, NAMELY, BELTS, LEATHER JACKETS, LEA-THER CAPS, CLOTH BIBS, BOXER SHORTS, BUT-TON-DOWN COLLAR SHIRTS, CREWNECK SHIRTS, DRESSES, FASHION SHIRTS, GOLF SHIRTS, GRIPPER SOCKS, HATS, CAPS, INFANT SHIRTS, JACKETS, JERSEYS, NECKTIES, PANTS, POLO SHIRTS, PULLOVER SHIRTS, RUGBY SHIRTS, SHOES, SHORTS, SOCKS, SUNSUITS, SUS-PENDERS, SWEATPANTS, SWEATSHIRTS,T-SHIRTS, TANK TOPS, TANK TOP DRESSES, TO-BOGGAN TYPE KNIT CAPS, TROUSERS, TURTLE NECKSHIRTS, VISORS, WIND RESISTANT SUITS, INFANTWEAR, NAMELY SLEEPWEAR AND PLAY SUITS,AND OUTERWEAR, NAMELY SWEATERS, JACKETS, AND WARM UP SUITS, DISTRIBUTED AND SOLD TO MOTORSPORTS RACING FANS THROUGH SPECIALIZED OUTLETS FEATURING MOTORSPORTS RACING MERCHANDISE AND PARAPHERNALIA, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: ORNAMENTAL NOVELTY BUTTONS, ZIP-PER PULLS, SHOE LACES, BELT BUCKLES NOT OF PRECIOUS METALS, AND HAT PINS;, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: INTERNATIONAL CLASS 28, DELETE THE DESCRIPTION OF GOODS IN ITS ENTIRETY AND REPLACE WITH THE FOLLOWING– MINIATURE TOY CARS MADE OF PEWTER, HAND-HELD UNITS FOR PLAYING ELECTRONIC GAMES, TOY REPLICA CAR AND TRUCK SIDE PORTIONS OF PLASTIC, TOY REPLICA CAR AND TRUCK FRONT END PORTIONS OF PLASTIC, TOY REPLI-CA HOODS OF PLASTIC, TOY REPLICA TRUNK LIDS OF PLASTIC, CHRISTMAS TREE ORNA-MENTS, TOY BANKS, TOY TRACTOR/TRAILERS OF METAL AND PLASTIC, TOY CARS OF PLASTIC AND METAL, YO-YOS, TOY VEHICLE HAULERS, TOY MODEL CARS AND RELATED ACCESSORIES SOLD AS A UNIT, TOY TRUCKS, WOODEN TOY CARS, MINIATURE TOY HELMETS, DIECAST TOY CARS, AND DIECAST TOY VEHICLE HAULERS, COLLECTIBLE MINIATURE TOY MODEL VEHI-CLES, TOY CAR MODEL KITS, ACTION FIGURES, FOOTBALLS, BASKETBALLS, LATEX BALLOONS, FISHING LURES, TACKLE BOXES, FISHING ROD HOLSTER, CHRISTMAS TREE ORNAMENTS, EX-CEPT CONFECTIONERY OR ILLUMINATING OR-NAMENTS, AND BABY RATTLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: PROVIDING ADVERTISING SPACE ON RACE CARS., IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF PARTICIPATING IN PROFESSIONAL

AUTO RACES., IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-0-2002; IN COMMERCE 2-0-2002.

SER. NO. 78-155,831, FILED 8-20-2002.

JOHN E. MICHOS, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**Reg. No. 2,374,202**

## United States Patent and Trademark Office    Registered Aug. 8, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

5

HENDRICK MOTORSPORTS, INC. (NORTH CAROLINA CORPORATION)
4400 PAPA JOE HENDRICK BOULEVARD
POST OFFICE BOX 9
HARRISBURG, NC 28075

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF PARTICIPATING IN PROFESSIONAL AUTOMOBILE RACES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-28-1985; IN COMMERCE 2-28-1985.

OWNER OF U.S. REG. NO. 2,297,205.

SER. NO. 75-434,503, FILED 2-5-1998.

KIMBERLY KREHELY, EXAMINING ATTORNEY

Int. Cls.: 5, 6, 9, 10, 12, 14, 16, 18, 20, 21, 24, 25, 26, 28, 35 and 41

Prior U.S. Cls.: 1, 2, 3, 5, 6, 12, 13, 14, 18, 19, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 35, 36, 37, 38, 39, 40, 41, 42, 44, 46, 50, 51, 52, 100, 101, 102 and 107

Reg. No. 2,297,205

# United States Patent and Trademark Office

Registered Dec. 7, 1999

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



HENDRICK MOTORSPORTS, INC. (NORTH CAROLINA CORPORATION)
4400 PAPA JOE HENDRICK BOULEVARD
POST OFFICE BOX 9
HARRISBURG, NC 28075

FOR: PAPER AIR FRESHENERS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 2-28-1988; IN COMMERCE 2-28-1988.

FOR: METAL PIGGY BANKS, METAL KEY CHAINS, TRADING CHAINS MADE OF NON-PRECIOUS METAL, METAL LOCK BOXES, METAL COMMEMORATIVE COLLECTOR PLATES, METAL POSTERS, METAL SIGNS, METAL MONEY CLIPS, METAL LICENSE PLATES, AND METAL FOOD CONTAINERS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 2-28-1988; IN COMMERCE 2-28-1988.

FOR: PRERECORDED AUDIO AND VIDEO CASSETTE TAPES FEATURING RACING THEMES, COMPUTER SOFTWARE FOR SAVING SCREENS, SUNGLASSES, TELE-PHONES, AND DECORATIVE MAGNETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-28-1988; IN COMMERCE 2-28-1988.

FOR: BABY BOTTLES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 2-28-1994; IN COMMERCE 2-28-1994.

FOR: LICENSE PLATE FRAMES, VEHICLE LUGGAGE RACKS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 2-28-1995; IN COMMERCE 2-28-1995.

FOR: TRADING CARDS MADE OF PRE-CIOUS METAL, CHARMS FOR CHARM BRACELETS, EARRINGS, NECKLACES, LAPEL PINS, NON-MONETARY COINS OF PRECIOUS METAL, ASHTRAYS MADE OF PRECIOUS METAL, AND RINGS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 2-28-1993; IN COMMERCE 2-28-1993.

FOR: ADDRESS BOOKS, PAINTINGS, BIND-ERS, BOOKS FEATURING RACING THEMES, BUMPER STICKERS, CALENDARS, CARD-BOARD BOXES, COLORING BOOKS, AQUARI-UM BACKDROPS MADE OF PAPER, COM-MEMORATIVE SHEETS OF TRADING CARDS, CREDIT CARDS, DECALS, ERASERS, WRIT-NG TABLETS, LIMITED EDITION PICTORI-AL PRINTS, LITHOGRAPHIC PRINTS, PAPER MAGAZINE COVERS, DECALS FOR MODEL CARS, PAPER NAPKINS, NOTEBOOKS, PAPER PENNANTS, PENCILS, PENS, PAPER IDENTI-FICATION TAGS FOR PETS, TELEPHONE CALLING CARDS, PHOTO BOARDS, FRAMED PHOTOGRAPHS, DAILY PLANNERS, STA-TIONERY-TYPE PORTFOLIOS, PLACE MATS MADE OF PAPER, POSTCARDS, POSTERS, JIGSAW PUZZLES, STATIC DECALS, STICK-ERS, PAPER LINEN, TRADING CARDS, FRAMED TRADING CARDS, WINDOW DECALS, AND WIRELESS SUBJECT NOTE-BOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2-28-1988; IN COMMERCE 2-28-1988.

FOR: BACKPACKS, FANNY PACKS, DIAPER BAGS, DUFFLE BAGS, LUGGAGE, LEATHER PET COLLARS, PURSES, TRAVEL BAGS, UM-BRELLAS, BELT BAGS, PET CUSHIONS, PET COLLARS, FABRIC PET LEASHES, SPORTS-WEAR CLOTHING FOR DOGS, LUNCH BOXES, AND HAT BANDS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-30-1994; IN COMMERCE 6-30-1994.

FOR: PHOTO KEY CHAINS NOT OF METAL, PHOTO PLAQUES, PLAQUES, NON-METAL BOTTLE CAPS HAVING A RACING THEME, PICTURE FRAMES, FURNITURE FOR ADULTS, FURNITURE FOR CHILDREN, WOODEN PLAQUES, PORTABLE FOLDING CHAIRS, NON-METAL KEY CHAINS, PLASTIC LICENSE PLATES, CUSHIONS, PORTABLE BEDS FOR DOGS, PLASTIC AQUARIUM OR-NAMENTS, DESK ORNAMENTS, DECORA-TIVE WALL EMBLEMS FOR WALL MOUNT-INGS, MINIATURE FUEL CANS, DECORA-TIVE WINDOW ORNAMENTS, AND MAGNET-IC VINYL SIGNS, PLASTIC WALL DECORA-TIONS, NAMELY, REPLICA CAR AND TRUCK SIDE PORTIONS OF PLASTIC, REPLICA CAR AND TRUCK FROM END PORTIONS OF PLASTIC, REPLICA HOODS OF PLASTIC, AND REPLICA LIDS OF PLASTIC, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 2-28-1994; IN COMMERCE 2-28-1994.

FOR: PAPER CUPS, PLASTIC COASTERS, PORTABLE BEVERAGE COOLERS, THERMAL INSULATED COOLER BAGS FOR BEVER-AGES, INSULATED PORTABLE SPORTS COOLERS, THERMAL INSULATED CONTAIN-ERS FOR CANNED BEVERAGES, COFFEE CUPS, COMMEMORATIVE COLLECTOR PLATES, CUPS, DRINKING GLASSES, GLASS ETCHED BY ACID, MUGS IN THE SHAPE OF HELMETS, JUICE CUPS, MUGS, PET FEEDING DISHES, PLASTIC SPORTS BOTTLES SOLD EMPTY, DINNER PLATES, SHOT GLASSES, STEINS, NON-METAL HELMET PIGGY BANKS, MEAL TRAYS, AND WASTE PAPER BASKETS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 4-30-1995; IN COMMERCE 4-30-1995.

FOR: AFGHANS, DECORATIVE BED LINEN, BED BLANKETS, COTTON FABRIC, CLOTH FLAGS, CLOTH PENNANTS, TOWELS, AND FABRIC TABLE LINEN, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 6-30-1994; IN COMMERCE 6-30-1994.

FOR: CLOTHING, NAMELY, BELTS, LEATH-ER JACKETS, LEATHER CAPS, BEVERAGE LOOP SHORTS, CLOTH BIBS, BOXER SHORTS, BUTTON-DOWN COLLAR SHIRTS, CREW NECK SHIRTS, DRESSES, FASHION SHIRTS, GOLF SHIRTS, GRIPPER SOCKS, HATS, CAPS, INFANT SHIRTS, JACKETS, JERSEYS, NECK-TIES, PANTS, POLO SHIRTS, PULLOVER SHIRTS, RUGBY SHIRTS, SHOES, SHORTS, SOCKS, SUN SUITS, SUSPENDERS, SWEAT-ERS, SWEAT PANTS, SWEAT SHIRTS, T-SHIRTS, TANK TOPS, TANK TOP DRESSES, TOBOGGAN-TYPE KNIT CAPS, TROUSERS, TURTLE NECK SHIRTS, VISORS, WIND-RE-SISTANT SUITS, AND SLEEP AND PLAY SETS FEATURING INFANT CLOTHING FUNCTION-ING AS SLEEP WEAR AND PLAY WEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-28-1988; IN COMMERCE 2-28-1988.

FOR: ORNAMENTAL NOVELTY BUTTONS, ZIPPER PULLS, SHOE LACES, BELT BUCK-LES NOT OF PRECIOUS METAL, AND HAT PINS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 2-28-1988; IN COMMERCE 2-28-1988.

FOR: MINIATURE CARS MADE OF PEWTER, HAND-HELD UNITS FOR PLAYING ELECTRONIC GAMES, COMPUTER GAME CARTRIDGES, TOY REPLICA CAR AND TRUCK SIDE PORTIONS OF PLASTIC, TOY REPLICA CAR AND TRUCK FRONT END

PORTIONS OF PLASTIC, TOY REPLICA HOODS OF PLASTIC, TOY REPLICA TRUNK LIDS OF PLASTIC, CHRISTMAS TREE ORNAMENTS, TOY BANKS, TOY TRACTOR TRAILERS OF METAL AND PLASTIC, TOY CARS OF PLASTIC AND METAL, YO-YOS, TOY VEHICLE HAULERS, TOY MODEL CARS AND RELATED ACCESSORIES SOLD AS A UNIT, BABY RATTLES, TOY TRUCKS, WOODEN TOY CARS, MINI TOY HELMETS, DIE-CAST TOY CARS, AND DIE-CAST TOY VEHICLE HAULERS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 2-28-1988; IN COMMERCE 2-28-1988.

FOR: ADVERTISING SERVICES, NAMELY, PROVIDING ADVERTISING SPACE ON AN AUTOMOBILE PARTICIPATING IN STOCK CAR EVENTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-28-1985; IN COMMERCE 2-28-1985.

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF PARTICIPATING IN PROFESSIONAL AUTO RACES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-28-1985; IN COMMERCE 2-28-1985.

SER. NO. 75-048,592, FILED 1-25-1996.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

Reg. No. 2,216,496

## United States Patent and Trademark Office

Registered Jan. 5, 1999

### SERVICE MARK
### PRINCIPAL REGISTER

## 24

HENDRICK MOTORSPORTS, INC. (NORTH CAROLINA CORPORATION)
4400 PAPA JOE HENDRICK BOULEVARD
POST OFFICE BOX 9
HARRISBURG, NC 28075

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF PARTICIPATING IN PROFESSIONAL AUTOMOBILE RACES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-28-1983; IN COMMERCE 2-28-1983.

OWNER OF U.S. REG. NO. 2,117,341.

SER. NO. 75-434,534, FILED 2-5-1998.

KIMBERLY KREHELY, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**Reg. No. 2,216,494**

## United States Patent and Trademark Office

Registered Jan. 5, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

**25**

HENDRICK MOTORSPORTS, INC. (NORTH CAROLINA CORPORATION)
4400 PAPA JOE HENDRICK BOULEVARD
POST OFFICE BOX 9
HARRISBURG, NC 28075

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF PARTICIPATING IN PROFESSIONAL AUTOMOBILE RACES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-28-1987; IN COMMERCE 7-28-1987.

OWNER OF U.S. REG. NO. 2,124,794.

SER. NO. 75-433,975, FILED 2-5-1998.

KIMBERLY KREHELY, EXAMINING ATTORNEY

Int. Cls.: 5, 6, 8, 9, 10, 11, 12, 14, 16, 18, 20, 21, 24, 25, 26, 27, 28, 34, 35 and 41

Prior U.S. Cls.: 1, 2, 3, 5, 6, 8, 9, 12, 13, 14, 17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 44, 46, 50, 51, 52, 100, 101, 102 and 107

United States Patent and Trademark Office

Reg. No. 2,117, 341

Registered Dec. 2, 1997

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



HENDRICK MOTORSPORTS, INC. (NORTH CAROLINA CORPORATION)
4400 PAPA JOE HENDRICK BOULEVARD
POST OFFICE BOX 9
HARRISBURG, NC 28075

FOR: PAPER AIR FRESHENERS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).
FIRST USE 12-31-1993; IN COMMERCE 12-31-1993.
FOR: METAL MONEY BANKS, METAL KEY CHAINS, TRADING CARDS MADE OF NON-PRECIOUS METAL, METAL LOCK BOXES, METAL COMMEMORATIVE COLLECTOR PLATES, METAL POSTERS, METAL SIGNS, METAL MONEY CLIPS, METAL LICENSE PLATES, AND METAL FOOD CONTAINERS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).
FIRST USE 12-31-1992; IN COMMERCE 12-31-1992.
FOR: POCKET KNIVES, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 6-30-1993; IN COMMERCE 6-30-1993.
FOR: PRERECORDED AUDIO AND VIDEO CASSETTE TAPES FEATURING RACING THEMES, COMPUTER SOFTWARE FOR SAVING SCREENS, SUNGLASSES, TELEPHONES, AND DECORATIVE MAGNETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).
FIRST USE 6-30-1994; IN COMMERCE 6-30-1994.
FOR: BABY BOTTLES IN CLASS 10 (U.S. CLS. 26, 39 AND 44).
FIRST USE 2-28-1994; IN COMMERCE 2-28-1994.
FOR: DECORATIVE ELECTRIC LIGHTING FIXTURES, CHARCOAL COOKING BARBEQUE GRILLS, ELECTRIC NIGHT LIGHTS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).
FIRST USE 12-1-1995; IN COMMERCE 12-1-1995.
FOR: LICENSE PLATE FRAMES, VEHICLE LUGGAGE RACKS, AUTOMOBILE STRUC-

TURAL PARTS, NAMELY REPLICA CAR AND TRUCK SIDE PORTIONS OF PLASTIC, REPLICA CAR AND TRUCK FRONT END PORTIONS OF PLASTIC, REPLICA HOODS OF PLASTIC, AND REPLICA TRUCK LIDS OF PLASTIC, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 6-30-1994; IN COMMERCE 6-30-1994.

FOR: TRADING CARDS MADE OF PRECIOUS METALS, CHARMS FOR CHARM BRACELETS, EARRINGS, NECKLACES, LAPEL PINS, WATCHES, CLOCKS, NON-MONETARY COINS OF PRECIOUS METAL, ASHTRAYS MADE OF PRECIOUS METAL, AND RINGS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 2-28-1994; IN COMMERCE 2-28-1994.

FOR: AQUARIUMS, ADDRESS BOOKS, PAINTINGS, BINDERS, BOOKS FEATURING RACING THEMES, BUMPER STICKERS, CALENDARS, CARDBOARD BOXES, COLORING BOOKS, AQUARIUM BACKDROPS MADE OF PAPER, COMMEMORATIVE SHEETS OF TRADING CARDS, CREDIT CARDS, DECALS, ERASERS, WRITING TABLES, LIMITED EDITION PICTORIAL PRINTS, LITHOGRAPHIC PRINTS, PAPER MAGAZINE COVERS, DECALS FOR MODEL CARS, PAPER NAPKINS, NOTEBOOKS, PAPER PENNANTS, PENCILS, PENS, PAPER IDENTIFICATION TAGS, TELEPHONE CALLING CARDS, PHOTO BOARDS, FRAMED PHOTOGRAPHS, DAILY PLANNERS, STATIONERY-TYPE PORTFOLIOS, PLACE MATS MADE OF PAPER, POST CARDS, POSTERS, CROSSWORD PUZZLES, STATIC DECALS, STICKERS, PAPER LINEN, TRADING CARDS, FRAMED TRADING CARDS, WINDOW DECALS, AND WIRELESS SUBJECT NOTEBOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-31-1993; IN COMMERCE 12-31-1993.

FOR: BACK PACKS, FANNY PACKS, DIAPER BAGS, DUFFEL BAGS, LUGGAGE, LEATHER PET COLLARS, PURSES, TRAVEL BAGS, UMBRELLAS, BELT BAGS, PET CUSHIONS, PET COLLARS, FABRIC PET LEASHES, SPORTSWEAR, CLOTHING FOR DOGS, LUNCH BOXES, AND HAT BANDS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-30-1994; IN COMMERCE 6-30-1994.

FOR: PHOTO KEY CHAINS NOT OF METAL, PHOTO PLAQUES, PLAQUES, NON-METAL BOTTLE CAPS HAVING A RACING THEME, PICTURE FRAMES, FURNITURE FOR ADULTS, FURNITURE FOR CHILDREN, WOODEN PLAQUES, PORTABLE FOLDING CHAIRS, NON-METAL KEY CHAINS, PLASTIC LICENSE PLATES, CUSHIONS, PORTABLE BEDS FOR DOGS, PLASTIC AQUARIUM

ORNAMENTS, DESK ORNAMENTS, DECORATIVE WALL EMBLEMS, MINIATURE FUEL CANS, DECORATIVE WINDOW ORNAMENTS, AND MAGNETIC VINYL EMBLEMS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 10-31-1995; IN COMMERCE 10-31-1995.

FOR: PAPER CUPS, PLASTIC COASTERS, PORTABLE BEVERAGES COOLERS, THERMAL INSULATED COOLER BAGS FOR BEVERAGES, INSULATED PORTABLE SPORT COOLERS, THERMAL INSULATED CONTAINERS FOR CAN BEVERAGES, COFFEE CUPS, COMMEMORATIVE COLLECTOR PLATES, CUPS, DRINKING GLASSES, GLASS ETCHED BY ACID, MUGS IN THE SHAPE OF HELMETS, JUICE CUPS, MUGS, PET FEEDING DISHES, PLASTIC SPORTS BOTTLES SOLD EMPTY, DINNER PLATES, SHOT GLASSES, STEINS, NON-METAL HELMET PIGGY BANKS, MEAL TRAYS, AND WASTEPAPER BASKETS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 10-31-1994; IN COMMERCE 10-31-1994.

FOR: AFGHANS, DECORATIVE BED LINEN, BED BLANKETS, COTTON FABRIC, CLOTH FLAGS, CLOTH PENNANTS, TOWELS, AND FABRIC TABLE LINEN, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 6-30-1994; IN COMMERCE 6-30-1994.

FOR: CLOTHING BELTS, LEATHER JACKETS, LEATHER CAPS, BEVERAGE LOOP SHORTS, CLOTH BIBS, BOXER SHORTS, BUTTON DOWN COLLAR SHIRTS, CREW NECK SHIRTS, DRESSES, FASION SHIRTS, GOLF SHIRTS, GRIPPER SOCKS, HATS, CAPS, INFANT SHIRTS, JACKETS, JERSEYS, NECKTIES, PANTS, POLO SHIRTS, PULLOVER SHIRTS, RUGBY SHIRTS, SHOES, SHORTS, SOCKS, SUNSUITS, SUSPENDERS, SWEATERS, SWEATPANTS, SWEATSHIRTS, T-SHIRTS, TANK TOPS, TANK TOP DRESSERS, TOBOGGAN-TYPE KNIT CAPS, TROUSERS, TURTLENECK SHIRTS, VISORS, WIND-RESISTANT SUITS AND SLEEP AND PLAY SETS FEATURING INFANT CLOTHING FOR USE AS SLEEPWEAR OR PLAYWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1993; IN COMMERCE 12-31-1993.

FOR: ORNAMENTAL NOVELTY BUTTONS, ZIPPER PULLS, SHOE LACES, BELT BUCKLES NOT OF PRECIOUS METAL AND HAT PINS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 12-31-1993; IN COMMERCE 12-31-1993.

FOR: FLOOR MATS FOR AUTOMOTIVE VEHICLES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 6–30–1994; IN COMMERCE 6–30–1994.

FOR: MINIATURE CARS MADE OF PEWTER, HAND-HELD UNITS FOR PLAYING ELECTRONIC GAMES, COMPUTER GAME CARTRIDGES, TOY REPLICA CAR AND TRUCK SIDE PORTIONS OF PLASTIC, TOY REPLICA CAR AND TRUCK FRONT END PORTIONS OF PLASTIC, TOY REPLICA HOODS OF PLASTIC, TOY REPLICA TRUNK LIDS OF PLASTIC, CHRISTMAS TREE ORNAMENTS, TOY BANKS, TOY TRACTOR/TRAILERS OF METAL AND PLASTIC, TOY CARS OF PLASTIC AND METAL, YO-YOS, TOY VEHICLE HAULERS, TOY MODEL CARS AND RELATED ACCESSORIES SOLD AS A UNIT, BABY RATTLES, TOY TRUCKS, WOODEN TOY CARS, MINIATURE TOY HELMETS, DIECAST TOY CARS, AND DIECAST TOY VEHICLE HAULERS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1–31–1994; IN COMMERCE 1–31–1994.

FOR: ASHTRAYS MADE OF NON-PRECIOUS METAL, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 10–31–1995; IN COMMERCE 10–31–1995.

FOR: ADVERTISING SERVICES, NAMELY, PROVIDING ADVERTISING SPACE ON AN AUTOMOBILE PARTICIPATING IN STOCK CAR EVENTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2–28–1993; IN COMMERCE 2–28–1993.

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF PARTICIPATING IN PROFESSIONAL AUTO RACES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2–28–1993; IN COMMERCE 2–28–1993.

SER. NO. 75–048,593, FILED 1–25–1996.

WON TEAK OH, EXAMINING ATTORNEY