UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
HMS HOLDINGS, LLC,                                           :
                                      Plaintiff,             :           26 Civ. 3011 (LGS)
                         -against-                           :
                                                             :           **ORDER**
BAYYONHOMEDECOR et al.,                                      :
                                      Defendants.            :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on May 7, 2026, a preliminary injunction was issued in this case.

        WHEREAS, on June 19, 2026, Plaintiff filed a notice of voluntary dismissal with respect

to one of the defendants.  It is hereby

        **ORDERED** that by **June 25, 2026**, Plaintiff shall file a status letter on the status of the

case and the remaining defendants.

Dated:  June 22, 2026
        New York, New York

                                                LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE