UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HMS HOLDINGS, LLC, Plaintiff, -against- BAYYONHOMEDECOR et al., Defendants. | | 26 Civ. 3011 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated June 29, 2026, directed Plaintiff to file a status letter on the status of the case and the remaining defendants by August 13, 2026.

WHEREAS, no status letter has been filed. It is hereby

**ORDERED** that Plaintiff shall file the status letter by **August 20, 2026**.

Dated: August 17, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**