AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| HMS HOLDINGS, LLC, <br> *Plaintiff(s)* <br> v. <br> BAYYONHOMEDECOR, et al., <br> *Defendant(s)* | ) | Civil Action No. 26-cv-3011 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shegmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 2, 2026

/S/ S. James

*Signature of Clerk or Deputy Clerk*

**Schedule A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | BayyonHomeDecor | Amazon | ASM16UST8A2Q4 |
| 2 | BeiLingJingMao | Amazon | A1TPSTIMKERP86 |
| 3 | DISMISSED | DISMISSED | DISMISSED |
| 4 | CaiGuiHong-us | Amazon | A1K3EA75YDBUHO |
| 5 | CCHEWN | Amazon | A4RGEW760S6EO |
| 6 | ChangShaShiKaiFuQuDingKuoFaShangMaoYouXianGongSi | Amazon | A19YB0ODHCXJMJ |
| 7 | ChangshaShiKaiFuQuWenKaiBianShangMaoYouXianGongSi | Amazon | AQOOO23OJ0XYJ |
| 8 | changshashilielashangmaoyouxiangongsi | Amazon | AJAIJUTKZK8B8 |
| 9 | Chen Lin 123 | Amazon | A2B24YCNQKJKEC |
| 10 | ChenChangJiang-us | Amazon | A11120Q847AYP8 |
| 11 | ChenHaiXing-us | Amazon | A1WWZRF1QY82LD |
| 12 | CUIXUEFENG | Amazon | ACLJD06BB9O3H |
| 13 | Deng Jian Bing | Amazon | A17U3KDY3POIZX |
| 14 | DengLiuFeng-us | Amazon | A1ZHWPOTFA966Q |
| 15 | DiJiaJusda | Amazon | A4R8A3I64OMHX |
| 16 | DingYuanSuMianShangMaoYouXianGongSi | Amazon | AMN5AVGMDQLVZ |
| 17 | dongboxinnengyuan | Amazon | A2TAT99T6VPAEA |
| 18 | Dongguan Zanling Trading Co., Ltd. | Amazon | A1UG8DHY522QEA |
| 19 | dongguanshiyitefangzhipinyouxiangongsi | Amazon | A2BKGVTOTOFKKZ |
| 20 | dongyundianzishangki | Amazon | A32UFG4BGQ3LVC |
| 21 | DuanXiaoLong | Amazon | A2XM5UMQ42HAPS |
| 22 | Fan Bookcase Storage | Amazon | A1E2ZQ0X3P79O1 |
| 23 | Fate not fate | Amazon | A3L579YAU3UPH1 |
| 24 | FDLMNSKL | Amazon | A2EA7S3ZVD2LXQ |
| 25 | DISMISSED | DISMISSED | DISMISSED |
| 26 | Flag-Plant | Amazon | ASHYKQZUHQQCX |
| 27 | fuqiangmz | Amazon | A3MNGCUHASYNSH |
| 28 | GUANGZHOURONGYONGSHANGMAOYOUXIANGONGSI | Amazon | A1SZDFB2BN3318 |
| 29 | guangzhouzhijianjiajuyouxiangongsi | Amazon | A3HTJXDZFR7V21 |
| 30 | GuChengXianCaiMiShangMaoShangHangGeRenDuZi | Amazon | A1Y54TKN7TMJLL |
| 31 | GuiZhouJueFeiShangMaoYouXianGongSi | Amazon | A30XVTS2PAL1NK |
| 32 | GuoJunMingmb | Amazon | A2KWK1MNUJRYGI |
| 33 | Haifeng Edge Toys | Amazon | A1MLA6MCC0672V |
| 34 | hanshaolin | Amazon | A2PMFAWWVSDH4S |
| 35 | haoqunshangmao | Amazon | A3G9OJWV1PT8CK |
| 36 | HAPI Trading | Amazon | A2OF7JNE4YHO1H |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 37 | hefeichunlizhinengkejiyouxiangongsi | Amazon | A26T2G2LR06KUG |
| 38 | Henan Hong'an Furniture Co., Ltd. | Amazon | APJ2GF24LSTLZ |
| 39 | Henan Literature and Art Innovation Technology | Amazon | A2D35BAMXEKOV1 |
| 40 | Heze Honghangxing Construction Labor Service Co., Ltd. | Amazon | ANFUTINQTS35L |
| 41 | HongLiA | Amazon | A2HLN4LHVP6OQS |
| 42 | houyishangmaodian | Amazon | A2WBH5952SHJY6 |
| 43 | HuaJunJiXieSheBeiDian | Amazon | A2N325QTAWY2S9 |
| 44 | hui xian can han bai huos hang hang | Amazon | A3FKNMNHZRL5EI |
| 45 | HUYENTRANGNHQN | Amazon | A22XJE2VCZM7Y4 |
| 46 | JiangYanHui-us | Amazon | A286E4SOO1OFLE |
| 47 | Jinan Tingrun Decoration Materials Co., Ltd. | Amazon | A3VFBVB4XL3PJQ |
| 48 | Jingen Boutique Shop | Amazon | A11H2ECXM1QJS4 |
| 49 | Jingshan Weizhen Bafang E-commerce Co., Ltd. | Amazon | AS478RV0649AO |
| 50 | jinhuashipingkaidianzishangwushanghang | Amazon | A3FTDZBDLP8O3P |
| 51 | JinYiYuanJianZhu | Amazon | AJPL98357LH2C |
| 52 | JiujiangRuGuJianCaiYouXianGongSi | Amazon | A3MJNMFYMJKXO |
| 53 | LiBenHong74 | Amazon | A15XM77LWAUKPP |
| 54 | LiLinYangk | Amazon | A5XVPB8ZHUGPU |
| 55 | liyanuq | Amazon | AQ5Z0X6GE474D |
| 56 | LKLDI | Amazon | A2ZS2YFU5MK4NJ |
| 57 | LLZNG | Amazon | A1SG516AMXUTDP |
| 58 | LuoXiaoLong81 | Amazon | A17GXSZ1XMIHWL |
| 59 | luoyangbairuitejixieshebeiyouxian | Amazon | A2HP46FMWBJ4A5 |
| 60 | lvwudianshang | Amazon | ARSW75KM6ZOQM |
| 61 | MengXianMing | Amazon | A79MBL69FBIKX |
| 62 | MerryBright Ornaments | Amazon | A2Y1BPMAINMZ8B |
| 63 | MO FASAYEI | Amazon | A2D6ZYDFTLYABH |
| 64 | MoJianYan-US | Amazon | A3HFORQX1I8PNK |
| 65 | MR. PATE | Amazon | A3TOQ3O3RYGE9X |
| 66 | Nage Trading Cool Small Shop | Amazon | A2N2216PAWM979 |
| 67 | NicholasMills | Amazon | A29NF5V8QN5Y36 |
| 68 | Phonggigi99 | Amazon | AKJ7ZILCU2LUV |
| 69 | Puyang Zhenshan Construction Engineering Co., Ltd. | Amazon | A2RFOXWXTQKTGL |
| 70 | qiuxiantongmumaoyiyouxiangongsi | Amazon | A2M9LMW9S63KYU |
| 71 | QueYueMaoYi | Amazon | A1XGQYT5L5EZMH |
| 72 | REEIAH | Amazon | A2R4UYTUZ8QYKJ |
| 73 | shanxirongchengjianshegongchengyouxiangongsi | Amazon | A1NVJEFQ6B2KHY |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 74 | ShanXiYinFangJianZhuGongChengYouXianGongSi | Amazon | A2DWBAIZWQIJNO |
| 75 | SHUOAI | Amazon | AFW6UVRC6RR3Z |
| 76 | Tai'an Taidu Construction Engineering Co., Ltd. | Amazon | A2QQMTU250T9W6 |
| 77 | THANHDUCTRAN202 | Amazon | A12KEK013YJFS5 |
| 78 | THUY AMTOMIC | Amazon | A1T9OQI73KMYS5 |
| 79 | UQQZ | Amazon | A3J101BBJHISQZ |
| 80 | Wang Jing-us | Amazon | A4RS1FDFI11DQ |
| 81 | WangBao-us | Amazon | A5375LXC6J4I6 |
| 82 | WeiYiJiaChaoShi | Amazon | A213TL3H4FQF2W |
| 83 | wenxinchenyu | Amazon | A2JX3XFZ0NYQ26 |
| 84 | Xiangpan Xiangju Decoration Co., Ltd., Nanle County | Amazon | A3J08NMJ19C987 |
| 85 | xiantuoliaojiancaiyouxiangongsi | Amazon | A1HNAP6WP3EOUT |
| 86 | xianyujiushangmao | Amazon | A3BS15QSE8HZE9 |
| 87 | XingTaiYaShiJieXinXiJiShuFuWu | Amazon | A12ZAYLUAL0ZRE |
| 88 | xinxiangshiyunchaozhuangshizhuangxiu | Amazon | A2OGWA81YIUTXW |
| 89 | xtruongshop | Amazon | A1VIK9IUNZVQD2 |
| 90 | yangjiangshiluopengkeji | Amazon | A26QKLPX9S5T07 |
| 91 | Yiwu Jiaosui Trading Co., Ltd. | Amazon | A3ADPIWGFJNQO8 |
| 92 | Yiwu Liangliang Trading Co., Ltd. | Amazon | A2YXP6HDY1JREF |
| 93 | YIYIXIANG | Amazon | A2HH3X9VM7IOBM |
| 94 | youxiandunyuriyongpinyouxiangongsi | Amazon | A1373AI5K5M767 |
| 95 | ZeShouJianZhuLaoWu | Amazon | A2CBZ0933TE0JP |
| 96 | ZhangWenBing-us | Amazon | A3PMT3YEQKG8K4 |
| 97 | ZhaoMingSheJi | Amazon | A33OBX4HLH5RA8 |
| 98 | zhizunbaojiaju(zhongqing)youxiangongsi | Amazon | AHSQCUEV9IYCO |
| 99 | ZhongMouXianFeiHuiWangLuo | Amazon | A3353Z012X8KY6 |
| 100 | zhoukoutangsushangmaoyouxiangongsi | Amazon | AVWCUQN4TBT7G |
| 101 | Zhucheng Kunhao Construction Engineering Co., Ltd. | Amazon | A2OYNX6UEA25SQ |
| 102 | zhushangkejijishu | Amazon | A2UNTUR3G5YQA2 |
| 103 | ZhuZhouXieSuShangMaoYouXianGongSi | Amazon | A22U4XNOZKRQOO |
| 104 | AAA Paper Hat Factory | Temu | 634418222060883 |
| 105 | DISMISSED | DISMISSED | DISMISSED |
| 106 | Aang Yuan | Temu | 634418224995840 |
| 107 | AiBao Mens House | Temu | 634418219654015 |
| 108 | axueone | Temu | 634418221431115 |
| 109 | BB Fashion Forward | Temu | 634418217736481 |
| 110 | BingfenS | Temu | 634418219693317 |
| 111 | BTVK | Temu | 634418221085389 |
| 112 | CGYRT | Temu | 634418218887863 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 113 | chengxiaohui hui | Temu | 634418221291760 |
| 114 | Chic Dude Closet | Temu | 634418218679512 |
| 115 | Chic Tides | Temu | 634418219487061 |
| 116 | ChicSvelte | Temu | 634418224087719 |
| 117 | DISMISSED | DISMISSED | DISMISSED |
| 118 | chuyibei yyds | Temu | 634418221294938 |
| 119 | Clothes Collector | Temu | 634418220885109 |
| 120 | cxcxkcxkj jksdsd | Temu | 634418224722095 |
| 121 | Dawn LL | Temu | 634418224068670 |
| 122 | DDD Trendy Hat Commune local | Temu | 634418222040758 |
| 123 | DigitalPulse Depot | Temu | 634418218985310 |
| 124 | Dik Shop | Temu | 634418225194139 |
| 125 | District Apparel | Temu | 634418221766544 |
| 126 | Dragon Kee framed poster | Temu | 634418224303568 |
| 127 | Dress Lizzie Sherman | Temu | 634418211122481 |
| 128 | Ervoeid | Temu | 634418218897327 |
| 129 | F I V E | Temu | 634418219158033 |
| 130 | fggbdfvdfs | Temu | 634418224866100 |
| 131 | FreshFitFellas | Temu | 634418221021637 |
| 132 | Fun clothing items | Temu | 634418219312884 |
| 133 | FusWardrobe | Temu | 634418220629771 |
| 134 | GDCGOOD | Temu | 634418216737597 |
| 135 | Glamia | Temu | 634418221713243 |
| 136 | DISMISSED | DISMISSED | DISMISSED |
| 137 | DISMISSED | DISMISSED | DISMISSED |
| 138 | HEADLINE | Temu | 634418224473087 |
| 139 | HGSHGYW | Temu | 634418223922678 |
| 140 | HXLZZZ | Temu | 634418219786500 |
| 141 | JiaAoZhouMei | Temu | 634418223410824 |
| 142 | jingpinwu | Temu | 634418225784978 |
| 143 | JJttshow | Temu | 634418225154695 |
| 144 | JSNB | Temu | 634418219811913 |
| 145 | JUNBEIQI | Temu | 634418221052479 |
| 146 | JZ sundries | Temu | 634418223429841 |
| 147 | KOOGHKER | Temu | 634418218505380 |
| 148 | LLLJJJKKK | Temu | 634418222926001 |
| 149 | Macho style | Temu | 634418220995157 |
| 150 | Masonfd | Temu | 634418218622089 |
| 151 | Men TShirt Mall | Temu | 634418222561628 |
| 152 | DISMISSED | DISMISSED | DISMISSED |
| 153 | MNA Smile Shop | Temu | 634418224443125 |
| 154 | Mukerui | Temu | 634418220518481 |
| 155 | Nbhgg | Temu | 634418220210104 |
| 156 | NBZYCCC | Temu | 634418223363972 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 157 | One Tshirt | Temu | 634418218641570 |
| 158 | OneGlob | Temu | 634418219717267 |
| 159 | Oranges Tiger | Temu | 634418218453360 |
| 160 | Orlandod | Temu | 634418221299550 |
| 161 | PECHI Outfit shop | Temu | 634418220067698 |
| 162 | Pixel Tech Prints | Temu | 634418220174793 |
| 163 | POD ELEVEN | Temu | 634418224170294 |
| 164 | POODKLWXH | Temu | 634418219416560 |
| 165 | Prima Toby | Temu | 634418220040829 |
| 166 | Qirova | Temu | 634418224470673 |
| 167 | QIUHHZD | Temu | 634418220171689 |
| 168 | QuickCartBoutique clothing | Temu | 634418222751379 |
| 169 | Reconocer | Temu | 634418219978795 |
| 170 | RelaxWear Co | Temu | 634418221455728 |
| 171 | SLA Fashion Clothing | Temu | 634418219528126 |
| 172 | SLHTEE | Temu | 634418222397822 |
| 173 | SPPsreleven | Temu | 634418222403789 |
| 174 | Street fashion B | Temu | 634418222027800 |
| 175 | DISMISSED | DISMISSED | DISMISSED |
| 176 | StyleTrio Shop | Temu | 634418221652643 |
| 177 | SUPENG Mens Fashion | Temu | 634418217281716 |
| 178 | SW made | Temu | 634418222960825 |
| 179 | Tindr | Temu | 634418225083299 |
| 180 | Trend Trajectory | Temu | 634418218513378 |
| 181 | Trendy Hat Commune aaa | Temu | 634418222047653 |
| 182 | TRENDYYan | Temu | 634418225137303 |
| 183 | TSMTIVTXZA | Temu | 741070852471433 |
| 184 | DISMISSED | DISMISSED | DISMISSED |
| 185 | DISMISSED | DISMISSED | DISMISSED |
| 186 | DISMISSED | DISMISSED | DISMISSED |
| 187 | venturehai | Temu | 634418221071568 |
| 188 | VL PHONE CASES | Temu | 634418228396665 |
| 189 | vnheuhdiwsq | Temu | 634418224866327 |
| 190 | Voyant T | Temu | 634418222839507 |
| 191 | VYHEWYSHTYGS | Temu | 634418220214950 |
| 192 | Wenny JS | Temu | 634418220590126 |
| 193 | DISMISSED | DISMISSED | DISMISSED |
| 194 | Winter begins | Temu | 634418218386138 |
| 195 | WXXFDCRR | Temu | 634418220204058 |
| 196 | YangFranKy | Temu | 634418221616236 |
| 197 | Yao Huaabbcc | Temu | 634418227029241 |
| 198 | Yellow whale | Temu | 634418221267020 |
| 199 | YGNGSPRYLJ | Temu | 634418218433831 |
| 200 | ZhangSan Mens wear | Temu | 634418216752107 |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-3011

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Defendants listed on Schedule A attached

was received by me on *(date)* 09/02/2026 .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

✔ Other *(specify)*: On April 28, 2026, someone working under my supervision served Defendants via email, including a URL with true and correct copies of the Amended Complaint along with all exhibits, and the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order. On September 2, 2026, the stamped copy of the summons was uploaded to said URL and served on Defendants electronically.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/30/2026

/s/Shengmao Mu

*Server's signature*

Shengmao Mu, Attorney

*Printed name and title*

57 West 57th Street
3rd and 4th Floors
New York, NY 10019

*Server's address*

Additional information regarding attempted service, etc: