UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HMS HOLDINGS, LLC, Plaintiff, -against- BAYYONHOMEDECOR et al., Defendants. | | 26 Civ. 3011 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated August 19, 2026, directed Plaintiff to file a status letter on the case on October 5, 2026, and every 45 days thereafter.

WHEREAS, Plaintiff did not file a status letter on October 5, 2026. It is hereby

**ORDERED** that Plaintiff will file the status letter by **October 8, 2026**. Plaintiff is again reminded to comply timely with Court-ordered deadlines. Failure to comply may result in sanctions.

Dated: October 6, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE